IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IRON WORKERS' MID-AMERICA PENSION PLAN, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 17 C 4291 |
| LAKESIDE RACK INSTALLERS, INC., a Michigan corporation, | ) ) ) | JUDGE MANISH S. SHAH |
| Defendant. | ) ) | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, LAKESIDE RACK INSTALLERS, INC., a Michigan corporation, in the total amount of $99,945.42, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $4,436.24.

On June 13, 2017, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Jules Palms) at the registered office of record (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on July 5, 2017. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/ Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

I:\MIDJ\Lakeside Rack Installers\motion.pnr.df.wpd

<u>**CERTIFICATE OF SERVICE**</u>

   The undersigned, an attorney of record, hereby certifies that he electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>10th</u> day of <u>August 2017</u>:

    Legalcorp Solutions, Inc., Registered Agent for
    Lakeside Rack Installers, Inc.
    13854 Lakeside Circle
    Sterling Heights, MI   48313-1316

    Mr. Michael Karas, President
    Lakeside Rack Installers, Inc.
    526 W. 14th Street, Suite 144
    Traverse City, MI   49684

              /s/   Patrick N. Ryan

Patrick N. Ryan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6278364
Telephone: (312) 216-2573
Facsimile: (312) 236-0241
E-Mail: <u>pryan@baumsigman.com</u>

I:\MIDJ\Lakeside Rack Installers\motion.pnr.df.wpd